IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES M. FANARO** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **UNUM LIFE INSURANCE COMPANY** | : | |
| **OF AMERICA** | : | NO. 02-2772 |

### O R D E R

**AND NOW**, this         day of January, 2003, upon consideration of the parties' joint Motion to Amend the Scheduling Order (Doc. #12), **IT IS HEREBY ORDERED** that said Motion is **GRANTED** and the discovery deadline is extended until March 28, 2003, this case will be placed in the trial pool of June 2, 2003 and the other deadlines in the court's scheduling order of July 2, 2002 are extended accordingly.

BY THE COURT:

_____
**JAY C. WALDMAN, J.**