```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JAMES M. FANARO                    :    CIVIL ACTION
                                   :
      v.                           :
                                   :
UNUM LIFE INSURANCE                :
COMPANY OF AMERICA                 :    NO. 02-2772
```

**O R D E R**

AND NOW, this 14th day of April, 2003, upon consideration of Plaintiff's Motion to Amend Scheduling Order (Docket No. 14), IT IS HEREBY ORDERED that Plaintiff's Motion is **GRANTED**.[1]

BY THE COURT:

_____
HERBERT J. HUTTON, J.

---

[1] Pursuant to the Trial and Trial Procedures of this Court, a Scheduling Order was issued this date.